IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

RAPHAEL ANDREW MEDINA          *

    Plaintiff,          *

    v.          *   CIVIL ACTION NO. 1:04-CV-1176-F

LAMAR GLOVER, SHERIFF, *et al.*,          *

    Defendants.          *

_____

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff filed this 42 U.S.C. § 1983 action on December 7, 2004.  At the time he filed this complaint, Plaintiff was incarcerated at the Houston County Jail located in Dothan, Alabama.   On January 7, 2005 the court entered an order which instructed Plaintiff, among other things, to inform the court of any change in his address.  (Doc. No. 14.)

On February 28, 2005 the envelope containing Plaintiff's copy of an order filed February 18, 2005 was returned to the court marked  "moved left no address," because Plaintiff was no longer at the address he provided to the court.  Consequently, an order was entered March 1, 2005 directing Plaintiff to provide the court with his present address on or before March 10, 2005.  (Doc. No. 22.)  Plaintiff was cautioned that his failure to comply with the court's March 1 order would result in a recommendation that this case be dismissed. (*Id*.)  On March 7, 2005 the envelope containing Plaintiff's copy of the  March 1 order was

returned to the court marked "not at this address."

As it appears clear that Plaintiff is no longer residing at the address he provided to the court when he filed the instant complaint and that he has not provided this court with a new address, the undersigned concludes that dismissal of the complaint at this juncture is appropriate.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

It is further

ORDERED that the parties are DIRECTED to file any objections to the said Recommendation within a period of 13 days from the date of mailing or transmittal to them. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation objected to.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the

decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 10th day of March, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE